1  **DONALD W. COOK**, CSB 116666
   ATTORNEY AT LAW
2  3435 Wilshire Blvd., Suite 2910
   Los Angeles, CA 90010
3  (213) 252-9444; (213) 252-0091 facsimile
   E-mail: manncook@earthlink.net
4
   Attorney for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO VALDEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES ET AL.,<br><br>Defendants. | Case No. 2:17-cv-08542 JGB (SPx)<br><br>**JUDGMENT PURSUANT TO ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT** |

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure and in accordance with the terms of the offer of judgment served December 29, 2017 by defendant County of Los Angeles (see doc. 20), judgment is hereby entered in favor of Plaintiff as against defendant County of Los Angeles only, in the amount of $20,000.00. All remaining defendants are dismissed with prejudice.

DATED: March 15, 2018

_____
JESUS G. BERNAL
Judge, United States District Court

-1-

00124513.WPD